734

(October 20, 1970)

In the Matter of CAROLINE B. FORIS, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and NORMA H. KEANE, Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.